CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 16 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRONSON HOWARD TUCKER, | ) | CASE NO. 7:16CV00490 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| DANA RATLIFFE-WALKER, | ) | By: Hon. Glen E. Conrad |
| WARDEN, | ) | United States District Judge |
| Respondent. | | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss, ECF No. 7, is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and the clerk shall **STRIKE** this action from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 16th day of August, 2017.

/s/ Glen E. Conrad
United States District Judge